UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOGAN,

        Plaintiff(s),

                                           Case No. 11-12319

vs.

                                           HON. GEORGE CARAM STEEH

THE ROMINE GROUP
*dba Bradford Academy Elementary School*, et al

        Defendant(s).
_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 18, 2012 the parties of record advised the court that a settlement had been reached and there being no further communication to the court; therefore

This case is hereby DISMISSED WITHOUT PREJUDICE.  This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.   Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

                                           s/George Caram Steeh
                                           GEORGE CARAM STEEH
                                           UNITED STATES DISTRICT JUDGE

Dated: February 29, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
February 29, 2012 by electronic and/or ordinary mail.

                                           s/Marcia Beauchemin
                                           Deputy Clerk